OPINION — AG — ** COUNTY ATTORNEY — TRAVEL — OUT OF STATE ** IN THE INTEREST OF A PROSECUTION OF A FELONY, IT IS NECESSARY THAT I TRAVEL OUT OF STATE TO NEW MEXICO OR HIRE SOME ATTORNEY THERE TO TAKE CARE OF THE MATTER. I WOULD RATHER TAKE THIS TRIP MYSELF . . . THIS WOULD BE SOLELY IN THE INTEREST OF THE STATE. COULD I PRESENT A CLAIM FOR SUCH TRAVEL ? — AFFIRMATIVE (DUTIES, PERFORMANCE, EXPENSES, REIMBURSEMENT) CITE: 19 O.S. 180.47 [19-180.47], 19 O.S. 185 [19-185](A) (FRED HANSEN)